IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS EVAN POBLETE,            )<br>                                            )<br>            Plaintiff,            )<br>                                            )<br>v.                                      )<br>                                            )<br>NEW CENTURY MORTGAGE CORPORATION, )<br>ET AL.                              )<br>                                            )<br>            Defendants.         )<br>_____) | Civil Action No. <u>1:08-cv-01948</u> |

## ORDER

Upon consideration of the Defendant Americas Servicing Company's Motion to Dismiss, its Memorandum of Points and Authorities in Support thereof, and the record hereto, it is hereby

**ORDERED**, that the Motion to Dismiss is GRANTED, and this matter shall be, and hereby is, DISMISSED WITH PREJUDICE as to Defendant Americas Servicing Company.


November ___, 2008                          _____
                                                               The Honorable Henry H. Kennedy


Copies to:

Amy S. Owen
Kimberly Cole
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, Virginia 22182

William S. Bach, Esquire
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
*Counsel for Plaintiff*

-2-

Linda S. Woolf
Craig S. Brodsky
GOODELL DEVRIES LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Counsel for Defendant Ocwen*
*Loan Servicing, LLC*

New Century Mortgage Corporation
18400 Von Karman, Suite 1000
Irvine, California 92612
*Defendant*

The Washington Finance Group, LLC
(Century Finance Funding)
616 Emerson Street, N.W.
Washington, D.C. 20011
*Defendant*

Red Box Settlements
1612 U Street, N.W. Suite 405
Washington, D.C. 20009
*Defendant*